**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 12-7392**

―――――――――

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

CURTIS JAMES LAY,

              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:97-cr-00313-PJM-1)

―――――――――

Submitted:  December 13, 2012      Decided:  December 18, 2012

―――――――――

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Curtis James Lay, Appellant Pro Se.  Barbara Slaymaker Sale,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis James Lay appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lay, No. 8:97-cr-00313-PJM-1 (D. Md. July 30, 2012; Dec. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED